STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
Nevada Bar No. 2137
MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8944
Facsimile: (415) 744-0134
E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET L. BRYANT, | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:16-cv-01607-RFB-CWH |
| v. | ) |
| NANCY A. BERRYHILL,[1] | ) UNOPPOSED MOTION FOR EXTENSION |
| Acting Commissioner of Social Security, | ) OF TIME (FIRST REQUEST) |
| Defendant. | ) |

## I.   INTRODUCTION

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on July 18, 2017 by 30 days, through and including August 17, 2017.

An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record. This request is made in good faith with no intention to unduly delay the proceedings. In addition,

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant's counsel will be on leave from July 12 to July 19, 2017.

Counsel for Defendant conferred with Plaintiff's counsel , who has no opposition to this motion, on July 6, 2017.

Dated: July 7, 2017.

Respectfully submitted

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 10, 2017

...

# CERTIFICATE OF SERVICE

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

Hal Taylor
E-mail haltaylorlawyer@gbis.com

Dated *July 7, 2017*.

                                               */s/ Marcelo Illarmo*
                                               **MARCELO ILLARMO**
                                               Special Assistant United States Attorney